## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | |
|---|---|
| KAIL MARIE and MICHELLE L. BROWN, and KERRY WILKS, Ph.D., and DONNA DITRANI,<br><br>        Plaintiffs,<br><br>v.<br><br>ROBERT MOSER, M.D., in his official capacity as Secretary of the Kansas Department of Health and Environment, and DOUGLAS A. HAMILTON, in his official capacity as Clerk of the District Court for the 7th Judicial District (Douglas County), and BERNIE LUMBRERAS, in her official capacity as Clerk of the  District Court for the 18th Judicial District (Sedgwick County),<br><br>        Defendants. | Case No. 14-cv-2518 |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

Pursuant to Fed. R. Civ. P. 65(a) and (b), Plaintiffs move for a preliminary injunction and temporary restraining order (1) enjoining Defendants and their officers, employees, and agents from enforcing article 15, section 16 of the Kansas Constitution, Kansas Statutes Annotated §§ 23-2501 and 23-2508, and any other sources of state law to exclude same-sex couples from marriage or to refuse recognition to the marriages of same-sex couples and (2) requiring Defendants and their officers, employees, and agents in their official capacities to permit issuance of marriage licenses to same-sex couples, pursuant to the same restrictions and limitations applicable to different-sex couples' freedom to marry, and to recognize marriages validly entered into by Plaintiffs.

Respectfully submitted,

/s/ Stephen Douglas Bonney
Stephen Douglas Bonney, KS Bar No. 12322
ACLU Foundation of Kansas
3601 Main Street
Kansas City, MO 64111
Tel. (816) 994-3311
Fax: (816) 756-0136
dbonney@aclukansas.org

Mark P. Johnson, KS Bar #22289
Dentons US, LLP
4520 Main Street
Suite 1100
Kansas City, MO  64111
816/460-2400
816/531-7545 (fax)
Mark.johnson@dentons.com

Joshua A. Block [motion for pro hac vice to be filed]
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2593
jblock@aclu.org

ATTORNEYS FOR PLAINTIFFS

Certificate of Service

I certify that, on October 13, 2014, the foregoing document was served by e-mail on the following: Jeffrey A. Chanay, Chief Deputy Attorney General for the State of Kansas, jeff.chanay@ksag.org; Defendant Douglas A. Hamilton, Clerk of the Douglas County District Court, dhamilton@douglas-county.com; and Defendant Bernie Lumbreras, Clerk of the Sedgwick County District Court, blumbrer@dc18.org.

/s/ Stephen Douglas Bonney

2