# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Kansas

Case Number: 14CV02518

Plaintiff/Petitioner:
**KAIL MARIE, et. al.**
vs.
Defendant/Respondent:
**ROBERT MOSER, et. al.**

Received by HPS Process Service & Investigations, Inc. to be served on **Robert Moser, M.D., Kansas Department of Health and Environment, Curtis State Office Building, 1000 Southwest Jackson, Topeka, KS 66612**.

I, NATHANIEL SCOTT, do hereby affirm that on the **14th day of October, 2014** at **2:45 pm**, I:

Served the within named with a true copy of the **Summons in a Civil Action; Complaint for Declaratory and Injunctive Relief; Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order; Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order; Declaration of Kail Marie; Declaration of Michelle L. Brown; Declaration of Kerry Wilks; and Declaration of Donna Ditrani** by leaving with Kay White, Assistant Administrator at **1000 Southwest Jackson, Topeka, KS 66612**.

I am over the age of eighteen, and have no interest in the above action.

NATHANIEL SCOTT
Process Server

HPS Process Service & Investigations, Inc.
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: HAT-2014021055
Ref: 09500000/5413