# Supreme Court of the United States

No. 14A503

ROBERT MOSER, SECRETARY OF THE KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT, ET AL.,

Applicants,

v.

KAIL MARIE, ET AL.

**O R D E R**

UPON CONSIDERATION of the application of counsel for the applicants,

IT IS ORDERED that the preliminary injunction entered by the United State District Court for the District of Kansas on November 4, 2014, is hereby stayed pending receipt of a response, due on or before Tuesday, November 11, 2014, by 5 p.m. ET, and further order of the undersigned or of the Court.

/s/  Sonia Sotomayor
Associate Justice of the Supreme
Court of the United States

Dated this 10th
day of November 2014.