(ORDER LIST:  574 U.S.)

WEDNESDAY, NOVEMBER 12, 2014

ORDER IN PENDING CASE

14A503      MOSER, ROBERT, ET AL. V. MARIE, KAIL, ET AL.

The application for stay presented to Justice Sotomayor and by her referred to the Court is denied.  The order heretofore entered by Justice Sotomayor is vacated.

Justice Scalia and Justice Thomas would grant the application for stay.