**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| KAIL MARIE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 14-cv-2518 |
| | ) |
| SUSAN MOSIER, M.D., in her official | ) |
| capacity as Secretary of the Kansas Department | ) |
| of Health and Environment, *et al.*, | ) |
| | ) |
| Defendants. | ) |

PLAINTIFFS' INDEX OF EXHIBITS SUBMITTED IN REPLY TO DEFENDANTS'
ADDITIONAL SUBMISSIONS PURSUANT TO COURT ORDER (DOC. 126)

In its Memorandum and Order filed on August 10, 2015, the Court set forth a schedule to

allow the parties to file supplemental evidence regarding whether "the Court's hopefulness about

Kansas officials' pledge to comply with *Obergefell* [*v. Hodges*, 135 S. Ct. 2584 (2015)] is

misplaced[.]" Doc. 126, pp. 32 & 42.  On September 14 and 15, Defendants filed additional

affidavits to supplement the Defendants' previous affidavits that purported to address the State's

efforts to comply with *Obergefell*. Docs.  129 & 130.  Now, Plaintiffs file the following

declarations in response to Defendants' evidence regarding the need for injunctive relief in order

to show that the Kansas Department of Health and Environment (KDHE), of which Defendant

Mosier is Secretary, is still not complying with *Obergefell* because the KDHE's Office of Vital

Statistics is "treating male spouse[s] of women who give birth through assisted reproduction

involving the use of donor sperm differently than identically situated female spouse[s]," *Roe v.*

*Patton*, 2015 WL 4476734, *3 (D. Utah July 22, 2015):

1.  Declaration of Christa A. Gonser;

2.  Declaration of Carrie L. Hunt; and

3.  Declaration of Casey Leeann Falmer Smith.

Respectfully submitted,

/s/ Stephen Douglas Bonney
Stephen Douglas Bonney, KS Bar No. 12322
ACLU Foundation of Kansas
3601 Main Street
Kansas City, MO 64111
Tel. (816) 994-3311
Fax: (816) 756-0136
dbonney@aclukansas.org

Mark P. Johnson, KS Bar #22289
Dentons US, LLP
4520 Main Street, Suite 1100
Kansas City, MO  64111
816/460-2400
Mark.johnson@dentons.com

Joshua A. Block [admitted pro hac vice]
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2593
jblock@aclu.org

ATTORNEYS FOR PLAINTIFFS

Certificate of Service

I certify that, on October 5, 2015, the foregoing document was served on counsel for all defendants per the Court's ECF system.

/s/ Stephen Douglas Bonney

2