AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| KAIL MARIE, et al., *Plaintiff(s)* <br> v. <br> SUSAN MOSIER, M.D., in her official capacity as Secretary of the Kansas Department of Health, et al., *Defendant(s)* | Civil Action No. 14-CV-2518-DDC-TJJ |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐ tried by _____ without a jury and the above decision was reached.

☒ decided by U.S. District Judge Daniel D. Crabtree on a motion for summary judgment (Doc. 85).

Date: 07/22/2016

TIMOTHY M. O'BRIEN
*CLERK OF COURT*

s/ Megan Garrett
*Signature of Clerk or Deputy Clerk*