IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KAIL MARIE, MICHELLE L. BROWN,
KERRY WILKS, Ph.D., DONNA DITRANI,
JAMES E. PETERS, GARY A. MOHRMAN,
CARRIE L. FOWLER, SARAH C. BRAUN,
DARCI JO BOHNENBLUST, and
JOLEEN M. HICKMAN,

                Plaintiffs,

v.                                                                                                    Case No. 14-2518-DDC-TJJ

SUSAN MOSIER, M.D., in her official
capacity as Secretary of the Kansas
Department of Health and Environment,
DOUGLAS A. HAMILTON, in his official
capacity as Clerk of the District Court for the
7th Judicial District (Douglas County),
BERNIE LUMBRERAS, in her official
capacity as Clerk of the District Court for the
18th Judicial District (Sedgwick County),
NICK JORDAN, in his official capacity as
Secretary of the Kansas Department of
Revenue, LISA KASPAR, in her official
capacity as Director of the Kansas Department of
Revenue's Division of Vehicles,
MIKE MICHAEL, in his official capacity
as Director of the Kansas State Employee
Health Plan.

                Defendants.

## AMENDED JUDGMENT

**IT IS ORDERED THAT** pursuant to the Memorandums and Orders filed on August 10, 2015 and July 22, 2016, the plaintiffs, Kail Marie, Michelle L. Brown, Kerry Wilks, Ph.D., Donna DiTrani, James E. Peters, Gary A. Mohrman, Carrie L. Fowler, Sarah C. Braun, Darci Jo Bohnenblust and Joleen M. Hickman are granted judgment against defendants Susan Mosier, M.D., in her official capacity as Secretary of the Kansas Department of Health and Environment, Douglas A. Hamilton, in his official capacity as Clerk of the District Court for the 7th Judicial District (Douglas County), Bernie Lumbreras, in her official capacity as Clerk of the District Court for the 18th Judicial District (Sedgwick County), Nick Jordan, in his official capacity as

Secretary of the Kansas Department of Revenue, Lisa Kaspar, in her official capacity as Director of the Kansas Department of Revenue's Division of Vehicles, Mike Michael, in his official capacity as Director of the Kansas State Employee Health Plan on plaintiffs' motion for summary judgment (Doc. 85) seeking declaratory and permanent injunctive relief.

**IT IS FURTHER ORDERED THAT** Article 15, § 16 of the Kansas Constitution, K.S.A. § 23-2501, K.S.A. § 23-2508, and any other Kansas statute, law, policy, or practice that prohibits issuing marriage licenses to same-sex couples in Kansas or recognizing such marriages on the same terms and conditions that apply to opposite-sex couples are declared void and in contravention of the Fourteenth Amendment to the United States Constitution.

**IT IS FURTHER ORDERED THAT** defendants are permanently enjoined from enforcing any portion of the Kansas Constitution, any Kansas statute, and any other Kansas law, policy, or practice that prohibits issuing marriage licenses to same-sex couples in Kansas. This prohibition includes but is not limited to Article 15, § 16 of the Kansas Constitution, Kan. Stat. Ann. § 23-2501, and Kan. Stat. Ann. § 23-2508.

**IT IS FURTHER ORDERED THAT** defendants (and their successors) are permanently enjoined from treating same-sex married couples differently than they treat opposite-sex married couples in the context of processing marriage licenses or determining the other rights, protections, obligations, or benefits of marriage.

**IT IS SO ORDERED.**

**Dated this 26th day of July, 2016, at Topeka, Kansas.**

        **s/ Megan Garrett**
        **By Deputy Clerk**
        **TIMOTHY M. O'BRIEN**
        **Clerk of the District Court**

**Form approved this 26th day of July, 2016, at Topeka, Kansas.**

        **s/ Daniel D. Crabtree**
        **Daniel D. Crabtree**
        **United States District Judge**