FILED
United States Court of Appeals
Tenth Circuit

August 12, 2016

Elisabeth A. Shumaker
Clerk of Court

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

KAIL MARIE; MICHELLE L. BROWN; KERRY WILKS, Ph.D.; DONNA DITRANI,

    Plaintiffs - Appellees,

v.

ROBERT MOSER, M.D., in his official capacity as Secretary of the Kansas Department of Health and Environment; DOUGLAS A. HAMILTON, in his official capacity as Clerk of the District Court for the 7th Judicial District (Douglas County); BERNIE LUMBRERAS, in her official capacity as Clerk of the District Court for the 18th Judicial District (Sedgwick County),

    Defendants - Appellants.

No. 14-3246
(D.C. No. 2:14-CV-02518-DDC-TJJ)
(D. Kan.)

_____

### ORDER
_____

Before **HARTZ**, **PHILLIPS**, and **McHUGH**, Circuit Judges.
_____

This matter is before the court on appellees' motion to dismiss this appeal as moot. Upon consideration, the motion is granted and this appeal is dismissed. A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk