IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KAIL MARIE and MICHELLE L. BROWN, and KERRY WILKS, Ph.D., and DONNA DITRANI, JAMES E. PETERS and GARY A. MOHRMAN; CARRIE L. FOWLER and SARAH C. BRAUN; and DARCI JO BOHNENBLUST and JOLEEN M. HICKMAN, <br>　　　　　　Plaintiffs, <br>v. <br><br>Susan Mosier, M.D., in her official capacity as Secretary of the Kansas Department of Health and Environment and DOUGLAS A. HAMILTON, in his official Capacity as Clerk of the District Court for the 7th Judicial District (Douglas County), and BERNIE LUMBRERAS, in her official capacity as Clerk of the District Court for the 18th Judicial District (Sedgwick County), NICK JORDAN, in his official capacity as Secretary of the Kansas Department of Revenue, LISA KASPAR, in her official capacity as Director of the Kansas Department of Revenue's Division of Vehicles, and MIKE MICHAEL, in his official capacity as Director of the State Employee Health Plan, <br>　　　　　　Defendants. | Case No. 14-CV-2518-DDC-TJJ |

**JOINT MOTION TO ALTER OR AMEND JUDGMENT
AND VACATE AND DISSOLVE INJUNCTION
AND STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANTS HAMILTON AND LUMBRERAS ONLY**

In an effort to resolve the issues in this action as to the Clerks of the District Court, including Plaintiffs' attorneys' fee request and Defendants' assertion that injunctive relief against state judicial officers is unnecessary under the circumstances here, the parties jointly move the Court for an order altering or amending the Court's Amended Judgment (Doc. 141) filed July 26, 2016, and this Court's

1

Memorandum and Order filed July 22, 2016 (Doc. 139), to exclude Defendants Douglas A. Hamilton, Clerk of the District Court for the 7th Judicial District (Douglas County) and Bernie Lumbreras, Clerk of the District Court for the 18th Judicial District (Sedgwick County) from any injunction imposed therein. To the extent the injunction imposed by the Memorandum and Order or the Amended Judgment has taken effect, the parties agree and propose that any injunction be vacated and dissolved as to Defendants Hamilton and Lumbreras. The parties further stipulate that Plaintiffs' claims against Douglas A. Hamilton and Bernie Lumbreras are dismissed with prejudice. To eliminate the need for further proceedings in this matter as to the Clerks, the parties jointly request that a proposed amended judgment as agreed to by the parties be entered by the Court immediately. The proposed amended judgment will be submitted separately as per D. Kan. 5.4.4(e).

WHEREFORE, the parties jointly move the Court for entry of an Amended Judgment excluding Defendants Hamilton and Lumbreras from any injunction imposed by this Court's Amended Judgment (Doc. 141) filed July 26, 2016, or Memorandum and Order filed July 22, 2016 (Doc. 139), vacating and dissolving any existing injunction as to Hamilton and Lumbreras, and as per the parties' stipulation, dismissing Plaintiffs' claims against Hamilton and Lumbreras with prejudice.  An agreed upon proposed Amended Judgment is submitted separately as per D. Kan. 5.4.4(e).

    Respectfully Submitted,

    OFFICE OF THE ATTORNEY GENERAL
    DEREK SCHMIDT

    *s/ M.J. Willoughby*
    M.J. Willoughby #14059
    Assistant Attorney General
    Office of the Attorney General
    120 S.W. 10th Avenue
    Topeka, Kansas 66612-1597
    Tel: (785) 296-2215
    Fax: (785) 296-6296
    Email: MJ.Willoughby@ag.ks.gov
    *Attorney for Defendants Douglas Hamilton*
    *and Bernie Lumbreras*

*s/ Dennis Depew*
Dennis Depew  KS #11605
Deputy Attorney General
Office of the Attorney General
120 S.W. 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
Fax: (785) 296-6296
Email: Dennis.Depew@ag.ks.gov
*Attorney for Defendants Susan Mosier,
and Mike Michaels*

 *s/ Brian Cox*
J. Brian Cox, #11089
Deputy General Counsel
Special Assistant Attorney General
Legal Services Bureau, KDR
Docking State Office Building
915 SW Harrison
Topeka, KS  66612-1588
Phone   (785) 296-2381
FAX     (785) 296-5213
Email    brian.cox@.ks.gov
*Attorney for Defendants Nick Jordan and
Lisa Kaspar*

 *s/ Stephen Douglas Bonney*
 Stephen Douglas Bonney KS #12322
 ACLU Foundation of Kansas
 3601 Main Street
 Kansas City, MO 64111
 dbonney@aclukansas.org

 Mark P. Johnson KS #22289
 Dentons US, LLP
 4520 Main Street, Suite 1100
 Kansas City, MO  64111

 Joshua A. Block
 American Civil Liberties Foundation
 125 Broad Street, 18th  Floor
 New York, NY 100004
 jblock@aclu.org
 *Attorneys for Plaintiffs*

3