IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KAIL MARIE, *et al.*, ) | |
|       Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 14-2518-DDC-TJJ |
| ) | |
| SUSAN MOSIER, M.D., *et al.*, ) | |
|       Defendants. ) | |

**ORDER GRANTING PARTIES' JOINT MOTION TO ALTER OR AMEND JUDGMENT AND VACATE AND DISSOLVE INJUNCTION (Doc. 147) AND PLAINTIFFS' MOTION FOR ATTORNEYS' FEES & EXPENSES (Doc. 148).**

Now before the Court are two motions: (1) Joint Motion to Alter or Amend Judgment and Vacate and Dissolve Injunction and Stipulation of Dismissal with Prejudice as to Defendants Hamilton and Lumbreras Only (Doc. 147); and (2) Plaintiffs' Conditionally Unopposed Motion for Attorney's Fees, Taxable Cost, and Litigation Expenses (Doc. 148).

The Court has reviewed the Joint Motion (Doc. 147) and grants that motion.

The Court has reviewed Plaintiffs' conditionally unopposed motion for attorneys' fees and litigation expenses (Doc. 148) and grants that motion.   .

**IT IS THEREFORE ORDERED BY THE COURT THAT** the Joint Motion to Alter or Amend Judgment and Vacate and Dissolve Injunction and Stipulation of Dismissal with Prejudice as to Defendants Hamilton and Lumberas Only (Doc. 147) is granted.  The Court's Amended Judgment (Doc. 41) filed July 26, 2016, and this Court's Memorandum and Order filed July 22, 2016, are amended to exclude Defendants Douglas A. Hamilton, Clerk of the District Court for the 7th Judicial District (Douglas County), and Bernie Lumbreras, Clerk of the District Court for the 18th Judicial District (Sedgwick County), from the injunction imposed in that Amended Judgment. To the extent that the injunction imposed by the Memorandum and

Order or the Amended Judgment has taken effect, the injunction is vacated and dissolved as it applied to Defendants Hamilton and Lumbreras.

**IT IS FUTHER ORDERED THAT**, pursuant to the parties' stipulation, Defendants Hamilton and Lumbreras are dismissed from this case and that such dismissal is with prejudice.

**IT IS FUTHER ORDERED THAT** Plaintiffs' Conditionally Unopposed Motion for Attorney's Fees, Taxable Cost, and Litigation Expenses (Doc. 148) is granted. The Court awards Plaintiffs attorneys' fees and expenses in the amount of $295,194.25 ($295,000.00 in attorneys' fees and $194.25 in litigation expenses).

**IT IS SO ORDERED.**

**Dated this 27th day of September, 2016, at Topeka, Kansas.**

          **s/ Daniel D. Crabtree**
          **Daniel D. Crabtree**
          **United States District Judge**

Submitted and approved by:

OFFICE OF THE ATTORNEY GENERAL
DEREK SCHMIDT


/s M.J. Willoughby_____
M.J. Willoughby #14059
Assistant Attorney General
Office of the Attorney General
120 S.W. 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
Fax: (785) 296-6296
Email: MJ.Willoughby@ag.ks.gov
*Attorney for Defendants Douglas Hamilton
and Bernie Lumbreras*


/s Dennis D. Depew_____
Dennis D. Depew KS #11605
Deputy Attorney General
Office of the Attorney General
120 S.W. 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
Fax: (785) 296-6296
Email: Dennis.Depew@ag.ks.gov
*Attorney for Defendants Susan Mosier,
 and Mike Michaels*


_/s J. Brian Cox_____
J. Brian Cox, #11089
Deputy General Counsel
Special Assistant Attorney General
Legal Services Bureau, KDR
Docking State Office Building
915 SW Harrison
Topeka, KS  66612-1588
Phone  (785) 296-2381
FAX    (785) 296-5213
\Email  brian.cox@kdor.ks.gov
*Attorney for Defendants Nick Jordan and
Lisa Kaspar*

3

*/s Stephen Douglas Bonney*
Stephen Douglas Bonney KS #12322
Legal Director
ACLU Foundation of Kansas
6701 W. 64th Street, Suite 210
Overland Park, KS 66202
dbonney@aclukansas.org


Mark P. Johnson #22289
Dentons US, LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111
Mark.johnson@dentons.com


Joshua A. Block
American Civil Liberties Foundation
125 Broad Street, 18th Floor
New York, NY 100004
jblock@aclu.org
*Attorneys for Plaintiffs*