IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KAIL MARIE, MICHELLE L. BROWN, KERRY WILKS, Ph.D., DONNA DITRANI, JAMES E. PETERS, GARY A. MOHRMAN, CARRIE L. FOWLER, SARAH C. BRAUN, DARCI JO BOHNENBLUST, and JOLEEN M. HICKMAN, <br><br> **Plaintiffs,** <br><br> v. <br><br> SUSAN MOSIER, M.D., in her official capacity as Secretary of the Kansas Department of Health and Environment, NICK JORDAN, in his official capacity as Secretary of the Kansas Department of Revenue, LISA KASPAR, in her official capacity as Director of the Kansas Department of Revenue's Division of Vehicles, MIKE MICHAEL, in his official capacity as Director of the Kansas State Employee Health Plan. <br><br> **Defendants.** | Case No. 14-2518-DDC-TJJ |

## SECOND AMENDED JUDGMENT

      **IT IS ORDERED THAT** pursuant to the Memorandum and Order filed on August 10, 2015 (Doc. 126) and to the Memorandum and Order filed on July 22, 2016 (Doc. 139), and pursuant to the Order of September 27, 2016 (Doc. 150), the plaintiffs, Kail Marie, Michelle L. Brown, Kerry Wilks, Ph.D., Donna DiTrani, James E. Peters, Gary A. Mohrman, Carrie L. Fowler, Sarah C. Braun, Darci Jo Bohnenblust and Joleen M. Hickman are granted judgment against defendants Susan Mosier, M.D., in her official capacity as Secretary of the Kansas Department of Health and Environment, Nick Jordan, in his official capacity as Secretary of the Kansas Department of Revenue, Lisa Kaspar, in her official capacity as Director of the Kansas Department of Revenue's Division of Vehicles, and Mike Michael, in his official capacity as Director of the Kansas State Employee Health Plan on plaintiffs' motion for summary judgment (Doc. 85) seeking declaratory and permanent injunctive relief.

**IT IS FURTHER ORDERED THAT** Article 15, § 16 of the Kansas Constitution, K.S.A. § 23-2501, K.S.A. § 23-2508, and any other Kansas statute, law, policy, or practice that prohibits issuing marriage licenses to same-sex couples in Kansas or recognizing such marriages on the same terms and conditions that apply to opposite-sex couples are declared void and in contravention of the Fourteenth Amendment to the United States Constitution.

**IT IS FURTHER ORDERED THAT** defendants Susan Mosier, M.D., Nick Jordan, Lisa Kaspar, and Mike Michael, all in their official capacities as recited above in this Second Amended Judgment, and their successors, are permanently enjoined from enforcing any portion of the Kansas Constitution, any Kansas statute, and any other Kansas law, policy, or practice that prohibits issuing marriage licenses to same-sex couples in Kansas. This prohibition includes but is not limited to Article 15, § 16 of the Kansas Constitution, Kan. Stat. Ann. § 23-2501, and Kan. Stat. Ann. § 23-2508.

**IT IS FURTHER ORDERED THAT** defendants Susan Mosier, M.D., Nick Jordan, Lisa Kaspar, and Mike Michael, all in their official capacities as recited above in this Second Amended Judgment, and their successors, are permanently enjoined from treating same-sex married couples differently than they treat opposite-sex married couples in the context of processing marriage licenses or determining the other rights, protections, obligations, or benefits of marriage.

**IT IS SO ORDERED.**

**Dated this 27th day of September, 2016, at Topeka, Kansas.**


**s/ Megan Garrett**
**By Deputy Clerk**
**TIMOTHY M. O'BRIEN**
**Clerk of the District Court**


**Form approved this 27th day of September, 2016, at Topeka, Kansas.**


**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**